# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE KEMP TENNILLE, II )
)
    Petitioner, )
) Civil Action No. 07-218 Erie
  v. )
)
HELEN J. MARBERRY, et al., )
)
    Respondents. )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on August 17, 2007 and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, entered orally on the record on July 22, 2008 ([21] and [22]), recommends that the Petitioner's Motion [20] for Preventive Injunction be denied. The parties were allowed ten (10) days from the date of service in which to file objections. Petitioner has filed no objections to Chief Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 10th day of October, 2008;

    IT IS HEREBY ORDERED that the Petitioner's Motion [20] for Preventive Injunction be, and hereby is, DENIED.

    The Report and Recommendation of Chief Magistrate Judge Baxter, orally entered on the record on July 22, 2008 ([21] and [22]), is adopted as the opinion of the Court.

                                    s/ Sean J. McLaughlin
                                      SEAN J. McLAUGHLIN
                                      United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, Chief U.S. Magistrate Judge